**EXHIBIT LIST**

**Exhibit A**  Two photographs of the driveway and backyard of the address 8080 Whitcomb, Detroit, Michigan.

**Exhibit B**  Death Certificate of Kevin Matthews

**Exhibit C**  Autopsy report confirms the cause of death is homicide

**Exhibit D**  Defendant City of Dearborn mayor, Jack O'Reilly, statements to various press personnel from the Detroit Free Press that Defendant Hampton, as the shooter of Kevin Matthews, had a "positive relationship" with Plaintiff's decedent, Kevin Matthews

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221
(248) 354-2222

i