# Exhibit A



8080 Whitcomb



8080 Whitcomb