# Exhibit B

**COUNTY OF WAYNE MICHIGAN**

**STATE OF MICHIGAN**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**CERTIFICATE OF DEATH**

LF CF 007775
STATE FILE NUMBER: 3880544

**DECEDENT**

1. DECEDENT'S NAME (First, Middle, Last): KEVIN ANDERSON MATTHEWS
2. DATE OF BIRTH: DEC. 10, 1980
3. SEX: Male
4. DATE OF DEATH: Dec 23, 2015
5. NAME AT BIRTH OR OTHER NAME USED FOR PERSONAL BUSINESS:
6a. AGE - Last Birthday: 35
6b. UNDER 1 YEAR:
6c. UNDER 1 DAY:
7a. LOCATION OF DEATH: R/O 8080 WHITCOMB
7b. CITY, VILLAGE, OR TOWNSHIP OF DEATH: DETROIT
7c. COUNTY OF DEATH: WAYNE
8a. CURRENT RESIDENCE - STATE: MICHIGAN
8b. COUNTY: WAYNE
8c. LOCALITY: CITY OR VILLAGE (inside limits of) DETROIT
8d. STREET AND NUMBER: 8287 SUSSEX
8e. ZIP CODE: 48228
9. BIRTHPLACE: DETROIT, MICHIGAN
10. SOCIAL SECURITY NUMBER: 373 88 2725
11. DECEDENT'S EDUCATION: 10TH GRADE
12. RACE: BLACK
13. ANCESTRY: AFRICAN AMERICAN
13b. HISPANIC ORIGIN: NO
14. WAS DECEDENT EVER IN THE U.S. ARMED FORCES: NO
15. USUAL OCCUPATION: NEVER WORKED
16. KIND OF BUSINESS OR INDUSTRY: NONE
17. MARITAL STATUS: NEVER MARRIED
18. NAME OF SURVIVING SPOUSE:

**PARENTS**

19. FATHER'S NAME: KENNETH M. MATTHEWS
20. MOTHER'S NAME BEFORE FIRST MARRIED: VALERIE HODGE

**INFORMANT**

21a. INFORMANT'S NAME: VALERIE JOHNSON
21b. RELATIONSHIP TO DECEDENT: MOTHER
21c. MAILING ADDRESS: 8287 SUSSEX, DETROIT, MI 48228

**DISPOSITION**

22. METHOD OF DISPOSITION: BURIAL
23a. PLACE OF DISPOSITION: GRAND LAWN CEMETERY
23b. LOCATION: DETROIT, MI
24. SIGNATURE OF MORTUARY SCIENCE LICENSEE: MAJOR C. CLORA JR.
25. LICENSE NUMBER: 7437
26. NAME AND ADDRESS OF FUNERAL FACILITY: CLORA FUNERAL HOME, 5801 E. SEVEN MILE DETROIT, MI 48234

**CERTIFICATION**

27a. CERTIFIER: Medical Examiner - On the basis of examination and/or investigation, in my opinion death occurred at the time, date, and place, and due to the cause(s) and manner stated.
28a. ACTUAL OR PRESUMED TIME OF DEATH: UNKNOWN
28b. PRONOUNCED DEAD ON: Dec 23, 2015
28c. TIME PRONOUNCED DEAD: 3:50 PM
29. MEDICAL EXAMINER CONTACTED: Yes
30. PLACE OF DEATH: Yard
27b. DATE SIGNED: Dec 25, 2015
27c. LICENSE NUMBER: 077331
32. MEDICAL EXAMINER'S CASE NUMBER: 15-14215
34. NAME AND ADDRESS OF CERTIFYING PHYSICIAN: Francisco Diaz, M.D. Assistant Medical Examiner, 1300 E. Warren Ave, Detroit, MI 48207
35a. REGISTRAR'S SIGNATURE: Cathy M. Garrett
35b. DATE FILED: JAN 1 2 2016

**CAUSE OF DEATH**

36. PART I.
a. MULTIPLE GUNSHOT WOUNDS — Approximate Interval Between Onset and Death: UNKNOWN
b. DUE TO (OR AS A CONSEQUENCE OF)
c. DUE TO (OR AS A CONSEQUENCE OF)
d. DUE TO (OR AS A CONSEQUENCE OF)

PART II. OTHER SIGNIFICANT CONDITIONS:

37. DID TOBACCO USE CONTRIBUTE TO DEATH?
38. IF FEMALE:

39. MANNER OF DEATH: Homicide
40a. WAS AN AUTOPSY PERFORMED: Yes
40b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH: Yes

**MEDICAL EXAMINER**

41a. DATE OF INJURY: Dec 23, 2015
41b. TIME OF INJURY: UNKNOWN
41c. DESCRIBE HOW INJURY OCCURRED: FOUND SHOT
41d. INJURY AT WORK: No
41e. PLACE OF INJURY: YARD
41f. IF TRANSPORTATION INJURY:
41g. LOCATION: REAR YARD OF 8080 WHITCOMB, DETROIT, MI

DCH-0483 (Rev 05/2015)

---

THIS IS TO CERTIFY THAT THIS IS A TRUE AND CORRECT REPRODUCTION OF THE ORIGINAL RECORD AS RECORDED WITH WAYNE COUNTY. DO NOT ACCEPT UNLESS PREPARED ON APPROVED SECURITY PAPER DISPLAYING THE OFFICIAL SEAL AND SIGNATURE OF THE ISSUING AGENCY. NOT VALID IF PHOTOCOPIED. LAMINATION MAY VOID CERTIFICATE.

121071

JAN 1 2 2016
Dated

Cathy M. Garrett
WAYNE COUNTY CLERK

Death Records

WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY BY PHOTOSTAT OR PHOTOGRAPH