# Exhibit D

Dearborn mayor: Officer had 'positive relationship' with man he killed

Page 1 of 2

# Dearborn mayor: Officer had 'positive relationship' with man he killed

Niraj Warikoo, Detroit Free Press   7:54 p.m. EDT May 4, 2016

*Speaking to Free Press, Dearborn Mayor gives new details about police shootings of two unarmed African-Americans, saying that one of the officers had a "positive relationship" with man he shot dead*



Dearborn Mayor Jack O'Reilly said that the police officer who shot dead a 36-year-old Detroit man on Dec. 23 had a "positive relationship" with the man, helping him in the past.

"The officer actually had a relationship with the person that he shot, a positive relationship," O'Reilly told the Free Press this week about the case of Kevin Matthews, killed in an encounter (/story/news/local/2015/12/23/police-dearborn-officer-involved-fatal-shooting/77834122/) with a Dearborn police officer.

"He brought him home at times. He had done things. He knew him well."

An attorney for the family of Kevin Matthews, Milton Greenman, dismissed O'Reilly's comments as spin.